No. 10–2. PACESETTER APPAREL, INC. *v.* COBB COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 10–3. FLINT *v.* TARGET CORP. C. A. 6th Cir. Certiorari denied. ▮

No. 10–4. HOFFMAN *v.* SANDIA RESORT AND CASINO. Ct. App. N. M. Certiorari denied. ▮

No. 10–5. HOT ET UX. *v.* HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied. ▮

No. 10–7. FESSLER ET UX. *v.* KIRK SAUER COMMUNITY DEVELOPMENT, CITY OF WILKES-BARRE, ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 10–9. BANKSTON ET UX. *v.* INTERNAL REVENUE SERVICE. C. A. 10th Cir. Certiorari denied. ▮

No. 10–11. WORLDWIDE NETWORK SERVICES, LLC, ET AL. *v.* DYNCORP INTERNATIONAL LLC. C. A. 4th Cir. Certiorari denied. ▮

No. 10–12. ALFORD, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF ALFORD, DECEASED *v.* MISSISSIPPI DIVISION OF MEDICAID. Sup. Ct. Miss. Certiorari denied. ▮

No. 10–13. BISHOP ET AL. *v.* RAYMOND JAMES FINANCIAL SERVICES, INC. C. A. 4th Cir. Certiorari denied. ▮

No. 10–14. PROFESSIONAL MEDICAL EDUCATION, INC. *v.* PALM BEACH COUNTY HEALTH CARE DISTRICT ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. ▮

No. 10–15. JALLALI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.